| 341 MEETING<br>01/07/88 2:00 P.M.   3 | CLAIM DEADLINE<br>04/06/88 | DIST. NO.<br>0975 | OFF. NO.<br>1 | YR-DOCKET NO-JUDGE<br>87-00934-JJC |
|---|---|---|---|---|
| ~~CHARGE HEARING~~<br>/ | 523/727 COMPLNT | DATE FILED<br>12/03/87 | REOPENED | JOINT PETITION? F<br>T=True  F=False ^ |

| NAME OF DEBTOR<br>DIAMOND HEAD PROPERTIES, LTD. | NAME OF JOINT DEBTOR |
|---|---|
| AKA/DBA | AKA/DBA |
| SSAN OR TAX ID<br>99-0254874 | SSAN OR TAX ID |
| ADDRESS OF DEBTOR<br>P.O. BOX 2556<br>HONOLULU        HI   96804 | ADDRESS OF JOINT DEBTOR |

| NAME OF COUNTY<br>HONOLULU HI | COUNTY CODE<br>15003 | JUDGE NAME<br>CHINEN, JON | CODE<br>A209 | TRUSTEE |
|---|---|---|---|---|
| TYPE OF CASE<br>Voluntary | COMMENCED UNDER<br>~~Ch xxx 1~~  Ch. 7<br>convtd: 8/16/89 | | NATURE OF DEBTOR<br>Business | |
| ORG FORM<br>Corp. Close Held | | TYPE OF BUS<br>Real Estate | | |

| EST. NUMBER OF CREDITORS<br>1 to 15 | EST. ASSETS (IN 000'S)<br>1000 & Over | EST. LIABILITIES (IN 000'S)<br>1000 & Over |
|---|---|---|
| NUMBER OF EMPLOYEES<br>0 to 19 | NUMBER OF EQUITY SECURITY HOLDERS<br>1 to 19 | |

| ATTORNEY FOR DEBTOR<br>ZEN, ERIK R.<br>~~547 HALEKAUWILA, #204~~  820 Mililani St.,<br>HONOLULU, HI 96813        808 531-2085 | TRU$<br>#606 | Aaron Lee<br>1188 Bishop, Ste. 1805<br>Honolulu, HI  96813 |
|---|---|---|
| OTHER   Examiner apptd. 3/16/88<br>Guttman, Steven<br>828 Fort St., #200<br>Honolulu, HI  96813 | | ATTORNEY FOR TRUSTEE |

| Entry Dt | Doc No. | Case Record Entry | Entry Dt | Doc No. | Case Record Entry |
|---|---|---|---|---|---|
| / / | | Stmt of Affrs & Sch<br>or Ch. 12/13 Stmt | 12/03/87 | 11 | Claims Bar Date:<br>04/06/88 |
| | | | / /<br>/ / | | Notice of Confrm Hrg<br>Notice of Disch Hrng |
| | | Apptmt of Trustee | | | Hrng Date: / /<br>Hrng Time:<br>Hrng Locn: |
| / / | | Trus Bond & Order/<br>Trustee's Acceptnce | | | |
| 12/04/87 | 11 | Notice of §341 Mtng<br>& Certif of Mailing<br>§341 Date:01/07/88<br>§341 Time:2:00 P.M.<br>§341 Location:  3 | / / | | §341 Mtng Conducted |
| | | | / / | | Discharge entered |
| | | | | | Notice of Discharge/<br>Certif of Mailing |
| Mtg. resched to: 01/21/88 @ 2:00 p.m. | | | | | |
| 12/17/87 | 11 | Last dt for disch/<br>dischblty complnts:<br>03/07/88 | | | Trustee Final Report<br>«No Asset  ■«Assets |

REPRODUCED ON A GOVERNMENT COPIER

PAGE __1987__    Case 87-00934 DIAMOND HEAD PROPERTIES, LTD.
DOCKET NUMBER

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| Dec 3 | | | STANDING Order in Chapter 11, DIP (cc: debtor, Zen) |
| | | 1 | VOLUNTARY Petition Under Chpater Eleven; Exhibit "A": List of Creditors; RELIEF ORDERED |
| 4 | | 2 | NOTICE of Motion; Motion for Relief From Automatic Stay; Affidavit of Leslie K. Iczkovitz; Memorandum in Support of Motion; Exhibit "A" (re: AOAO of Hawaiian Colony) (12/14/87 @ 8:00 a.m.) (Iczkovitz) |
| | Dec 17 | 3 | EX-PARTE Motion to Shorten Time for Hearing; Affidavit of Leslie K. Iczkovitz; Order Granting Motion to Shorten Time for Hearing Motion for Relief From Automatic Stay (12/14/87 @ 8:00 a.m.)   CHINEN |
| 10 | | 4 | OPPOSITION to Motion for Relief From Automatic Stay; Certificate of Service (Zen) |
| 11 | | 5 | MOTION for Approval of Financing; Exhibits A-B (Zen) |
| 12 | | 6 | FIRST Hawaiian Creditcorp., Inc.'s Joinder in the Association of Apartment Owners of Hawaiian Colony's Motion for Relief From Automatic Stay; Affidavit of Kyle T. Sakumoto; Exhibits "A", "B", "C" and "D"; Memorandum in Support of Motion for Relief From Automatic Stay; Certificate of Service (Sakumoto) |
| 14 | Dec 17 | 7 | EX PARTE Motion for Order Shortening Time; Affidavit of Erik R. Zen; Exhibit "A"; Order Shortening Time **denied** (Zen)   CHINEN |
| | | | EP: PH(AOAO): Iczkovitz, Sakumoto, Sakai were present. Stip. entered re foreclosure sched. at noon today covering units 105, 106, 107 etc. As to units 221, 309 & 319 motion GRANTED as foreclosure sale has already taken place and debtor has no further interest in property; filing found to be in bad faith. Iczkovitz to prepare order. (CR: GS)   CHINEN |
| | | 8 | MINUTES |
| | | | **COMPLAINT FILED - REFER TO ADVERARY PROCEEDING 87-0180** |
| 15 | | | **PARTIAL TRANSCRIPT OF PROCEEDINGS COURT'S RULING** (12/14/87) - (GS) |
| 17 | Dec 17 | 9 | ORDER for Payment of Federal, State of Hawaii and County Taxes (cc: IRS, State Tax, Real Property, Dept. Lab. & Indus. Rels., Counties Maui/Kauai/Hawaii, debtor, Zen) |
| | Dec 17 | 10 | ORDER Directing Attorney for Debtor to Notice Section 341 Meeting of Creditors (cc: Zen)   CHINEN |
| | | 11 | MTG. Notice (cc: Zen) |
| 15* | | 8a | CERTIFICATE of Service |

- SEE PAGE 2 -

B100E (7/86)    DOCKET — CONTINUATION

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 1987 | | | |
| Dec 23 | Dec 28 | 12 | STIPULATION for Order Granting Relief From Stay (re: First Hawaiian Creditcorp., Inc.) (cc: Sugita)     CHINEN |
| 1988 Jan 20 | | 13 | MOTION for Conversion of Case to Chapter 7, or in the Alternative, Motion for Appointment of Trustee; affidavit of Leslie K. Ickovitz; Exhibit "A"; Notice of Motion (3/1/88 @ 8:30 a.m.) (Iczkovitz) |
| | Jan 21 | 14 | EX-PARTE Motion to Shorten Time for Hearing; Affidavit of Leslie K. Iczkovitz; Order Granting Motion to Shorten Time for Hearing Motion for Conversionof Case to Chpater 7 or in the Alternative, Motion for Appointment of Trustee **dened** (cc: Iczkovitz-p/u)     CHINEN |
| | Jan 21 | 15 | FINDINGS of fact and Order Granting Motion for Relief From Automatic Stay (cc: Sakai, Spencer, Zen, Sakumoto, Iczkovitz) CHINEN (re: AOAO Hawaiian Colony) |
| 21 | | 16 | CERTIFICATE of Service |
| | | 17 | SCHEDULES A & B |
| 27 | | 18 | CERTIFICATE of Service |
| Feb 5 | | | EP: MTG. of Cred.s held: Zen, Iczkovitz were present. Leslie Sirecuse, rep. of debtor corp. has burned-over a box of docuemtns pertaining to debtor to Zen and he will make them availabe at Iczkovitz request. Mr. Measele, main officer of DIP has resigned. Mtg. contd. to 2/26/88 @ 2:00 p.m. for the record Mr. Iczkovitz objected. |
| 26 | | | EO: Per phone call from Zen indicating sudden illness & visit to doctor this afternoon, contd. mtg. off - Zen to inform Iczkovitz & will contact clerk for contd. date later. |
| | | | EP: MTG. of Creds. held: no one present. Zen, attny. for debtor, ill. Mtg. CUMO. Parties to inform Clerk's office as to when a mtg. can be held. Mtg. CUMO. |
| Mar 1 | | 19 | AFFIDAVIT of Leslie Anne Syracuse in Opposition to Motion for Conversion to Ch. 7, or in the Alternative, Motion for Appointment of Trustee; Certificate of Notice |
| Mar 1 | | | EP: M/Convert or Appoint Trustee: Iczkovitz, Zen, Conlan, Kurata were present. Zen questioned Iczkovitz's standing to bring this motion - Court found that Iczkovtz does have property standing. Steven Guttman appointed examiner; his report shall be filed w/in 30 days. All records to be turned over to him by noon this Friday; if records not produced, sanctions will be imposed. No funds are to be expended w/o further |

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| | | | court orders and funds from foreclosure action shall be turned over to Zen, to be held in trust account. Iczkovitz to prepare order. (CR: GS)       CHINEN |
| | | 20 | MINUTES |
| 16 | Mar 16 | 21 | ORDER Appointing Examiner (cc: Guttman, Zen, Iczkovitz, Conlan, Kurata) (Guttman w/o Bond)       CHINEN |
| | | 22 | MOTION to Allow Rejection of Certain Executory Contracts; Memorandum in Support of Motion; Declaration of Erik R. Zen; Exhibits A-C (Zen) |
| 18 | | 23 | APPLICATION of Erik R. Zen for Interim Allowance of Compensation and Reimbursement of Expenses (December 2, 1987 to March 8, 1988); Exhibit A; Affidavit of Erik R. Zen (Zen) |
| | Mar 21 | 24 | EX PARTE Motion for Order Shortening Time; Affidavit of Erik R. Zen; Exhbit A; Order Shortening Time (2/23/88 @ 8:30 a.m.) (Zen)       CHINEN |
| 21 | | 25 | AMENDED Motion to Allow Rejection of Certain Executory Contracts; Memorandum in Support of Motion; Declaration of Erik R. Zen; Exhibits A-C (Zen) |
| | | 26 | NOTICE of Hearing on Amended Motion to Allow Rejection of Certain Executory Contracts; Certificate of Service (3/23/88 @ 8:30 a.m.) (Zen) |
| 23 | | | EP: M/ALLOW Rejection Executory Contract: Zen present. Motion GRANTED. Zen to prepare order. (CR: GS)       CHINEN |
| | | 27 | MINUTES |
| 25 | Mar 25 | 28 | ORDER to Show Cause (OSC: 4/5/88 @ 8:30 a.m.) (cc: debtor, Zen, Guttman, Conlan, Iczkovitz)       CHINEN |
| 29 | | 29 | NOTICE of Hearing on Application of ~~Erik~~ R. Zen for Interim Allowance of Compensation and Reimbursement of Expenses (December 2, 1987 - March 8, 1988) (5/20/88 @ 9:00 a.m.) (Zen) |
| Apr. 5 | | | EP: OSC heard - Zen, Guttman & Eugene DeSpain present - hrng. contd. to 4/14/88 @ 8:30 a.m. as Guttman wants opportunity to meet with Iczkovitz. (NO CR) CHINEN |
| | | 30 | MINUTES |
| | Apr. 5 | 31 | EX-PARTE Motion for Further Time to File Examiner's Report; Order Granting Motion for Further Time to File Examiner's Report (30 days after examiner's receipt of records) (cc: Guttman)       CHINEN |
| 8 | | 32 | CERTIFICATE of Service Re Ex-Parte Motion for Further Time to File Examiner's Report |
| 14 | | | EP: CONTD. OSC: Guttman, Zen, Iczkovitz: Individuals who had recoreds will be directed to turnover said records to |

| DATE FILED 1988 | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| Apr 14 contd. | | | Guttman by 4/22/88. (Eric Lighter, Leslie Siracuse, Patty Sue Neilson, Eugene DeSpain, Roland Young, Dean Robin, Robert C. Measel, Jr. and Doug Spencer). If Guttman unable to get cooperation from agencies, must file appl. for turnover of records. No further action taken on OSC. Guttman to prepare ordre. (CR: none)  CHINEN |
| | | 33 | MINUTES |
| 27 | Apr 28 | 34 | ORDER Re Order to Show Cause (cc: Zen, Guttman, Iczkovitz)  CHINEN |
| | 28 | 35 | ORDER Granting Amended Motion to Allow Rejection of Certain Executory Contracts (cc: Zen, Guttman, Burt, Flair, Chadsey, Conlan)  CHINEN |
| *Feb. 16 | May 10 | 36 | APPEARANCE Of Counsel; Certificate Of Service (Conlan) |
| May 18 | | 37 | MEMORANDUM Re Application of Erik R. Zen for Interim Allowance of Compensation and Reimbursement of Expenses; Certificate of Service (Guttman) |
| May 19 | | 38 | MEMORANDUM in Opposition to Application of Erik R. Zen for Interim Allowance of Compensation and Reimbursement of Expenses; Certificate of Service (Iczkovitz) |
| 20 | | | EP: APPL/Compensation (Zen): Zen, Guttman, Iczkovitz present. Matter CUMO. All creds. must be noticed, Court will check into whether an order appointing Zen was ever entered. (CR: GS)  CHINEN |
| | | 39 | MINUTES |
| Jun 27 | | 40 | MOTION to Allow Rejection of Certain Executory Contract; Memorandum in Support of Motion; Declaration of Erik R. Zen; Exhibit A (Zen) |
| | | 41 | CERTIFICATE of Service |
| 29 | Jun 30 | 42 | EX PARTE Motion for Order Shortening Time; Affidavit of Erik R. Zen; Exhibit A; Ordre Shortening Time (7/13/88 @ 8:30 a.m.) (Zen)  CHINEN |
| 30 | | 43 | NOTICE of Hearing On Motion To Allow Rejection of Certain Executory Contract; Certificate of Service (07-13-88 @ 8:30 a.m.) |
| Jul. 12 | | 44 (49) | AMENDED Motion To Allow Rejection of Certain Executory Contract; Memorandum In Support of Motion; Declaration of Erik R. Zen; Exhibit A 7/13/88 M/Reject Executory Contracts heard - Zen present. Motion GRANTED. (CR: GS) CHINEN  fj |
| 13 | | 45 | MINUTES |
| 14 | | 46 | CERTIFICATE of Service |
| 25 | | 47 | NOTICE of Objection Deadline; Exhibit A |
| | | 48 | CERTIFICATE of Service |
| Aug 3 | Aug 4 | 49 | ORDER Granting Amended Motion to Allow Rejection of Certain Executory Contract (cc: Zen)  CHINEN  ov |

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| Nov 16 | Nov 17 | 50 (53) | NOTICE of Hearing on Third Motion to Allow Rejection of Certain Executory Contracts; Certificate of Service (12/2/88 @ 9:00 a.m.) (Zen) ov |
| 17 | 21 | 51 | THRID Motion to Allow Rejection of Certain executory Contracts; Memorandum in Support of Motion; Declarationof Erik R. Zen (Zen) (12/2/88 @ 9:00 a.m.) ov |
| | | | 12/2/88 3rd M/Allow Rejection Executory Contract - Zen present. Motion GRANTED. (CR: Ronald Kihara) <u>CHINEN</u> ov |
| Dec 2 | Dec 5 | 52 | MINUTES ov |
| 1989 Mar 14 | Mar 14 | 53 | ORDER Granting Third Motion to Allow Rejection of Certain Executory Contracts (cc: Zen, Guttman, debtor) <u>CHINEN</u> ov |
| 22 | 23 | 54 | MOTION to Convert to Chapter 7 or to Dismiss; Memorandum in Support of Motion to Convert to Chapter 7 or to Dismiss; Affidavit of Curtis B. Ching; Exhibits "A"-"B" (Ching) ov |
| | | 55 | CERTIFICATE of Service ov |
| May 24 | May 26 | 56 | NOTICE of Motion to Convert to Chapter 7 or to Dismiss (6/16/89 @ 9:00 a.m.)(cc:25 noticed) ov |
| Jun 6 | Jun 7 | 57 | MEMORANDUM Re Order to Show Cause (Zen) ov |
| 11 | 12 | 58 | MEMORANDUM in Opposition to U.S. Trustee's Motion to Convert to Chapter 7 or to Dismiss; Exhibits "A" through "L"; Affidavit of Philip Lavoie, Vice-President of Diamond Head Properties, Ltd.; Exhibit "A": Certificate of Service (Sloat) ov |
| 13 | 14 | 59 | STATEMENT of Examiner Re Motion to Convert to Chapter 7 or to Dismiss; Certificate of Service (Guttman) ov |
| | | | 6/16/89 M/CONVERT or Dismiss - Ching, Conlan, Zen, Guttman, Iczkovitz were present. Motion GRANTED, to be converted. Examiner will file his fee appl. w/notice to creds. before conversion to chp. 7. 60 days from appt. of a trustee will be fixed as bar date. If trustee desires Guttman may be retained as examiner or special consultant upon proper appl. to Court. Ching to prepare order. (CR: Kihara) <u>CHINEN</u> ov |
| 16 | 19 | 60 | MINUTES ov |
| | | 61 | DEBTOR-In-Possession Monthly Operating Consolidated Report for the Months of November 1988 through May, 1989; Real Property Questionnaire ov |
| 23 | 26 | 62 | APPLICATION for Approval of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Examiner; Exhibits "A" and "B"; Affidavit of Steven Guttman (Guttman) ov |

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| Jun 23 | Jun 26 | 63 | NOTICE of Hearing on Application for Approval of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Examiner (8/4/89 @ 9:00 a.m.)(Guttman)ov |
| 27 | 28 | 64 | CERTIFICATE of Service Re: Notice of Hearing on Application for Approval of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Examiner; Exhibit "A" ov |
| Aug 4 | Aug 7 | 65 | 8/4/89 APPL/Compe. (Guttman) - Guttman, Zen, Ching were present. Court adjusted time-sheets to 2.2 hrs. w/that adjustment, appl. APPROVED. Guttman to prepare order. (CR: Ferreira) CHINEN ov<br>MINUTES ov |
| 16 | 18 | 66 | ORDER Granting Application for Approval of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Examiner (cc: Guttman, debtor, Zen) CHINEN ov |
| 16 | 18 | 67 | **ORDER CONVERTING CASE TO CHAPTER 7** (cc: debtor, Ching, Conlan, Zen, Guttman, Iczkovitz) CHINEN ov |
| Aug. 23 | Sept. 1 | 68 | ORDER Directing the Filing of a Final Report and Account and Schedule of Unpaid Debts (cc: debtor, Zen, U.S. Trustee, IRS) d/ 9-1-89 CHINEN ac |
| Sept. 1 | Sept. 1 | 69 | NOTICE For Meeting of Creditors Mtg. date 9-26-89 @1:00 pm Complaints: not applicable cc: 30 notices ac Claims Bar Date 12-26-89 |
| | | 70 | ORDER Appointing Interim Trustee and Approving Standing Bond (A. Lee) ac |
| 12 | 12 | 71 | CONTINGENT Final Report (Measel) |
| SEPT. 21 | | 72 | FINAL REPORT (CHAPTER 11) nm |
| SEPT. 26 | | | SEPT. 26, 1989 MEETING OF CREDITORS - Erik Zen present. No one present from debtor corporation; Meeting continued to Oct. 16, 1989, @9:30 a.m. Zen to contact Measel And Guttman to inform them of continued meeting date. nm |
| SEPT. 27 | | 73 | MINUTES Of Section 341(a) Meeting. nm |
| SEPT. 26 | | | SEPT. 26, 1989 MEETING OF CREDITORS - Erik R. Zen present; Meeting continued to Oct. 16, 1989, Neither Robert Measel nor any other representative of the debtor appeared. nm |
| SEPT. 28 | | 74 | MINUTES Of Section 341(a) Meeting. nm |
| OCT. 5 | | 75 | NOTICE Of Continued Meeting Of Creditors And Certificate Of Service. (MTG: Oct. 26, 1989, @2:00 p.m.) nm |

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 1989 | | | |
| OCT. 26 | | | OCT. 26, 1989 CONTD. MEETING OF CREDITORS - Curtis Ching, Leslie K. Iczkovitz, and Steve Guttman were present. No one representing debtor present. Meeting CUMO. nm |
| OCT. 30 | | 76 | MINUTES Of Section 341(a) Meeting. nm |
| NOV. 6 | NOV. 6 | 77 | EX PARTE Application By Trustee And The Law Firm Of Which He Is An Associate To Act As Attorney For The Estate; Declaration; And Order Thereon. (cc: Lee, U.S.T.) CHINEN nm |
| NOV. 15 | | 78 | NOTICE Of Fixing Of Bond; Certificate Of Service. |
| Dec. 8 | 12-19-89 | 79 | CHAPTER 7 Bond (cc: Zen, Lee) nm ($38,000.00) CHINEN fj |
| 1990 | | | |
| MAY 24 | May 25 | 80 | SUPPLEMENT To Contingent Final Report And Demand By The Victims Of Iran-Contragate Coverup For Appointment Of Non-Hawaii Master(s) And/Or Other Investigative Officials From The Judicary Branch To Conduct An Authentic And Thotough Investigation With Special Prosecutor Walsh; Exhibit "One". nm |
| MAY 25 | | | COMPLAINT TO RECOVER MONEY FILED (Refer to ADV. 90-0043) - Dism 12/10/90 |
| AUG. 23 | Aug. 24 | 81 | INTERIM Report. nm |
| OCT. 24 | Oct. 25 | 82 | INTERIM Report. nm |
| 1991 | | | |
| Dec 27 | Dec 27 | 83 | ORDER Directing Trustee to File Interim Report or to Show Cause (h/d: 1/30/92 @ 8:15 a.m.) (cc: Lee & OUST) IPPONGI dm |
| 1992 | | | |
| Jan 29 | Jan 29 | 84 | INTERIM Report for the Period Ending 12/31/91 dm |
| 1994 | | | |
| Apr 4 | Apr 4 | 85 | APPROVAL Of Case Bond of Ch. 7 Trustee, Aaron A. Lee ($80,000) (OUST) dm |
| Dec 2 | Dec 2 | 86 | FINAL Report and Account of Trustee; Application to Determine Priorities, to Pay Expenses of Administration, and to Make Disbursements to Creditors (Lee, Trustee) dm |
| 7 | 7 | 87 | NOTICE of Filing of Final Accounts of Trustee, of Hearing on Applications for Compensation (and of Hearing on Abandonment of Property By the Trustee) (h/d: 1/18/95 @ 2:00 p.m.) (28 Notices) dm |
| 1995 | | | |
| Jan 18 | Jan 18 | 88 | DECLARATION of Robert Measel, Jr., Re: Surplus Funds (Measel) dm |
| | | | **SEE PAGE #5** |

Kenneth Y. Sugita, Esq.
745 Fort St., 8th Floor
Honolulu, HI 96813
(544-8300)(cred: First Hawaiian Creditcorp., Inc.)

Wesley Sakai, Esq.
841 Bishop St., #1500
Honolulu, HI 96813
(Commissioner)

Douglas Spencer, Esq.
737 Bishop St., #2800
Honolulu, HI 96813
(Commissioner)

Gregory Conlan, Esq.
700 Bishop St., #1400
Honolulu, HI 96813
(M/M Davis)

Leslie Iczkovitz, Esq.
1001 Bishop St.
790 Pacific Tower
(AOAO)

Colin Kurata, Esq.
547 Halekauwila St., #202
Honolulu, HI 96813
(Urdesca)

George Sloat
P.O. Box 2556
Honolulu, HI 96804
(734-2494)(Secretary of debtor)

| 87-00934 DIAMOND HEAD PROPERTIES

DOCKET NUMBER

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| **1995** <br> Feb 8 | Feb 8 | 89 | ORDER Approving Trustee's Final Report and Directing Distribution of Remaining Assets (cc: Debtor, Lee, Zen, OUST)  KING  dm |
|  |  | 90 | ORDER for Payment of Noticing Fees ($29.00) (cc: Lee, OUST)  KING  dm |
| **1997** <br> May 15 | May 15 | 91 | SUPPLEMENTAL Report - Report of Trustee under Bankruptcy Rule 3011 and Application for discharge of Trustee (Lee, Trustee) |
| Sept. 3 | Sept. 3 | 92 | FINAL DECREE (5 copies)  11 |
|  |  |  | CASE CLOSED |

B100E (7/86)  DOCKET – CONTINUATION

| NAME OF DEBTOR | | DOCKET NO. | |
|---|---|---|---|
| DIAMOND HEAD PROPERTIES, LTD. | | 87-00934 | |
| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
| 1 | DATE FILED: 12/30/87<br>STATE OF HAWAII<br>DEPARTMENT OF TAXATION<br>City Hall, Honolulu, HI | FILED 0.00<br>$ ~~7319.44~~<br>ALLOWED<br>$ | U<br>SEE CLAIM #8 filed 4/11/96 - CLAIM PAID IN FULL |
| 2 | DATE FILED: 2/4/88<br>EUGENE LUBIENIECKI, JR.<br>10973 W. Maryland Ave<br>Lakewood, CO 80226 | FILED<br>$ 3246.08<br>ALLOWED<br>$ | U |
| 3 | DATE FILED: 4/13/88<br>RUTH CATTAN<br>2609 Date St. Apt. 10<br>Honolulu, HI 96826 | FILED<br>$ 4050.00<br>ALLOWED<br>$ | U |
| 4 | DATE FILED: December 2, 1988<br>CARL A. & ALICE R. LARSON<br>3538 N. Abingdon Street<br>Arlington, VA 22207 | FILED<br>$ 4,164.53<br>ALLOWED<br>$ | |
| 5 | DATE FILED: July 24, 1989<br>INTERNAL REVENUE SERVICE<br>Special Procedures Function<br>c/o R. Nadler, Acting Chief<br>P. O. Box 50088<br>Honolulu, Hawaii 96850 | FILED<br>$15,289.92<br>ALLOWED<br>$ | SECURED |
| 6 | DATE FILED: October 6, 1989<br>OFFICE OF THE UNITED STATES TRUSTEE<br>c/o Anson T. Okimoto, Bkpy Analyst<br>PJKK Federal Building<br>300 Ala Moana Blvd., Room 6321-B<br>Honolulu, Hawaii 96813 | FILED<br>$ 150.00<br>ALLOWED<br>$ | FIRST PRIORITY<br>3rd Quarter 1989: $150.00 |
| 7 | DATE FILED: October 25, 1989<br>SHEELA BAUGHN DAVIS<br>44 White Sands Place<br>Kailua, Hawaii 96734 | FILED<br>$3,232.05<br>ALLOWED<br>$ | |
| 8 | DATE FILED: April 11, 1996<br>CITY & COUNTY OF HONOLULU<br>ATTN: JEANETTE SHIMABUKURO<br>DIVISION OF TREASURY<br>REAL PROPERTY TAX COLLECTION SECTION<br>CITY HALL, HONOLULU, HI 96813 | FILED<br>$ 0.00<br>ALLOWED<br>$ | AMENDMENT TO CLAIM #1 filed 12/30/87<br>(CLAIM PAID IN FULL) |
| | DATE FILED: | FILED<br>$<br>ALLOWED<br>$ | |

FORM BK 75 (REV. 3/80)     CLAIMS REGISTER     UNITED STATES BANKRUPTCY COURTS